# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KATHY L. SEXTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | NO. CIV-05-1411-L |
| | § | |
| **DOLLAR GENERAL CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## AGREED MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Plaintiff, Kathy L. Sexton, and Defendant, Dollar General Corporation (the "Parties") in the above-entitled and numbered cause and file this Agreed Motion to Dismiss and would respectfully show the Court the following:

The Parties have resolved this matter and no longer desire to continue the above-mentioned lawsuit.

**WHEREFORE, PREMISES CONSIDERED,** the Parties request that the Court grant this Agreed Motion to Dismiss and order that all claims asserted by Plaintiff against Defendant in this matter be dismissed with prejudice to the refiling of same, and that each party shall bear its own attorneys' fees and Court costs.

/s/ Richard M. Glasgow
Tom L. King, OBA No. 5040
Richard M. Glasgow, OBA No. 13135
Justin T. King, OBA No. 18745
KING LAW FIRM
1141 North Robinson, Suite 300
Oklahoma City, OK 73103
Telephone:	(405) 239-6143
Facsimile:	(405) 236-3934
king@king-lawfirm.com

ATTORNEYS FOR PLAINTIFF

/s/ Joel S. Allen
Joel S. Allen, OBA No. 014668
BAKER & MCKENZIE, LLP
2300 Trammel Crowe Center
2001 Ross Avenue
Dallas, TX 75201
Telephone:	(214) 978-3000
Facsimile:	(214) 978-3099

Kevin R. Donelson, OBA No. 012647

FELLERS, SNIDER, BLANKENSHIP, BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone:	(405) 232-0621
Facsimile:	(405) 232-9659

ATTORNEYS FOR DEFENDANT